UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN RYAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FIGS, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-07939-ODW-KS (Consolidated)<br><br>CLASS ACTION<br><br>ORDER ON JOINT STIPULATION REGARDING CONSOLIDATED COMPLAINT<br><br>Courtroom:　10D<br>Judge:　　　Hon. Otis D. Wright, II |

# ORDER

Upon the *Joint Stipulation Regarding Consolidated Complaint* submitted by plaintiffs Dr. Ronald Hoch ("Dr. Hoch"), the City of Pensacola Police Officers' Retirement Plan, the City of Warren Police and Fire Retirement System, the Kissimmee Utility Authority Employees' Retirement Plan, and the Pompano Beach Police & Firefighters' Retirement System (the "Public Pension Plans," and, collectively with Dr. Hoch, "Lead Plaintiffs") and Defendants Tulco, LLC ("Tulco") and Thomas J. Tull ("Tull" with Tulco, collectively, "Defendants"), and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiffs shall file and serve their Consolidated Complaint on or by April 10, 2023;

2. Defendants Tulco and Tull shall answer, move against, or otherwise respond to the Consolidated Complaint on or by May 25, 2023;

3. Plaintiffs shall serve their opposition papers to any motions or responses by Defendants to the Consolidated Complaint on or by July 10, 2023;

4. Defendants shall serve reply briefs in support of any motion to dismiss on or by August 9, 2023; and

5. Defendants shall have no obligation to respond to the complaints in the Ryan Action and City of Hallandale Action, and Defendants shall answer, move or otherwise respond to the Consolidated Complaint as set forth above.

**IT IS SO ORDERED.**

February 27, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**