JS-6

# United States District Court
# Central District of California

| | | |
|---|---|---|
| SEAN RYAN, | | Case № 2:22-cv-07939-ODW (AGRx) |
| | Plaintiffs, | |
| v. | | **JUDGMENT** |
| FIGS, Inc. et al., | | |
| | Defendants. | |

Pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, (ECF No. 156), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiffs' First Amended Class Action Complaint is dismissed on the merits and with prejudice.
2. All dates and deadlines are hereby **VACATED**.
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

February 13, 2025

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**